**No. 11-6611. Dale McCormick, Petitioner v. United States District Court for the District of Kansas.**

565 U.S. 1067, 132 S. Ct. 798, 181 L. Ed. 2d 498, 2011 U.S. LEXIS 8620.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

**No. 11-6619. Steven Louis Canha, Petitioner v. Washington.**

565 U.S. 1067, 132 S. Ct. 776, 181 L. Ed. 2d 498, 2011 U.S. LEXIS 8472.

November 28, 2011. Petition for writ of certiorari to the Court of Appeals of Washington, Division 3 denied.

Same case below, 159 Wash. App. 1044.

**No. 11-6620. Mike E. Dossett, Jr., Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

565 U.S. 1067, 132 S. Ct. 776, 181 L. Ed. 2d 498, 2011 U.S. LEXIS 8607, ▮

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 11-6621. DeAndre Cooper, Petitioner v. David Wise, Warden, et al.**

565 U.S. 1067, 132 S. Ct. 777, 181 L. Ed. 2d 498, 2011 U.S. LEXIS 8558.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 426 Fed. Appx. 689.

**No. 11-6627. Michael Sonner, Petitioner v. E. K. McDaniel, Warden.**

565 U.S. 1067, 132 S. Ct. 777, 181 L. Ed. 2d 498, 2011 U.S. LEXIS 8500.

November 28, 2011. Petition for writ of certiorari to the Supreme Court of Nevada denied.

Same case below, 127 Nev. 1176, 373 P.3d 962.

**No. 11-6654. Oxana Ivantchouk, Petitioner v. Eric H. Holder, Jr., Attorney General.**

565 U.S. 1067, 132 S. Ct. 777, 181 L. Ed. 2d 498, 2011 U.S. LEXIS 8627.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 417 Fed. Appx. 918.

**No. 11-6670. Clayton Sheldon Creek, Petitioner v. United States, et al.**

565 U.S. 1067, 132 S. Ct. 778, 181 L. Ed. 2d 498, 2011 U.S. LEXIS 8519.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 11-6675. Kenneth Wayne Mikell, Sr., Petitioner v. Todd Thomas, Warden.**

565 U.S. 1067, 132 S. Ct. 778, 181 L. Ed. 2d 498, 2011 U.S. LEXIS 8512.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.